IN RE DISQUALIFICATION OF MARTIN: THE STATE OF OHIO *v.* MARSH.

[Cite as In re Disqualification of Martin (1987), 36 Ohio St. 3d 603.]

(No. 87-AP-275—Decided December 17, 1987.)

MOYER, C.J. The affidavit of disqualification filed herein alleges that Judge John D. Martin pursues a sentencing pattern which would preclude probation if the defendant, Rick Marsh, is convicted or accepts a plea bargain in case No. 87CRJY0102 in the Court of Common Pleas of Fairfield County.

A judge is presumed to follow applicable law in all respects and "[g]enerally, the severity of a sentence imposed in conformity to the law by a trial court rests in the discretion of that court * * *." *State* v. *Williams* (1982), 7 Ohio App. 3d 160, 162, 7 OBR 204, 207, 454 N.E. 2d 1334, 1337.

If it may later be shown that the judge legally erred by not considering required mitigating factors in impos-

ing sentence, that is a matter for appeal and not for an affidavit of disqualification. *State* v. *Baker* (1984), 25 Ohio Misc. 2d 11, 15, 25 OBR 232, 236, 495 N.E. 2d 976, 980.

Differences in sentences between judges are to be expected and "the possibility of being sentenced by a more severe judge is one of the hazards of wrongdoing." *Baker, supra,* at 15, 25 OBR at 237, 495 N.E. 2d at 981.

For these reasons, the affidavit is found not well-taken and is hereby dismissed.